UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROY A. MELANSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARY JOHNSON,<br><br>　　　　Defendants. | Case No: C 11-0446 SBA (pr)<br><br>**ORDER DENYING PLAINTIFF'S RENEWED REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>Docket 31 |

On February 1, 2012, the Court denied Plaintiff's request for appointment of counsel. Dkt. 23. On September 27, 2012, Plaintiff submitted a one-page letter which stated, inter alia: "I am pro se on [sic] this case and need the assistance of counsel." Dkt. 30. Because the Court previously denied Plaintiff's motion for appointment of counsel, the Court liberally construes Plaintiff's letter as a as requet for reconsideration of the order denying his prior motion for the appointment of counsel.

Before a party may file a motion for reconsideration, he or she must first seek leave to do so under Civil Local Rule 7-9. Plaintiff has not complied with this requirement, and the instant motion otherwise fails to make the requisite showing under Local Rule 7-9. The Court may summarily deny motions that are not filed in compliance with the Court's local rules. See Tri-Valley CAREs v. U.S. Dept. of Energy 671 F.3d 1113, 1131 (9th Cir. 2012). Even if Plaintiff had sought and obtained leave in accordance with Civil Local Rule 7-9, he has failed to provide any reasons why reconsideration is warranted. See 389 Orange Street Partners v. Arnold, 179 F.3d 656, 665 (9th Cir. 1999) ("A motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law."). Accordingly,

- 2 -

1     IT IS HEREBY ORDERED THAT Plaintiff's renewed motion for
2 appointment of counsel (Dkt. 31) is DENIED.
3     IT IS SO ORDERED.
4 Dated: 2/15/13

                                                        _____
                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge

28 G:\PRO-SE\SBA\CR.11\11-446 - Melanson - Order Denying Motion for Appt of Counsel.docx

- 2 -