1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                      OAKLAND DIVISION
9

10   ROY A. MELANSON,            Case No: C 11-0446 SBA (pr)
11            Plaintiff,         **JUDGMENT**
12        vs.
13   MARY JOHNSON,
14            Defendants.
15

16
17     In accordance with the Court's Order Granting Defendant's Motion for Summary
18  Judgment,
19     IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant.
20     IT IS SO ORDERED.
21  Dated: March 25, 2013                    *Saundra B Armstrong*
22                                           SAUNDRA BROWN ARMSTRONG
                                             United States District Judge
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROY A. MELANSON,

       Plaintiff,

 v.

MARY JOHNSON et al,

       Defendant.
                                  /

Case Number: CV11-00446 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roy A. Melanson 117654
Sterling Correcrtional Facility
Box 6000
Sterling, CO 80751

Dated: March 26, 2013

                                              Richard W. Wieking, Clerk
                                              By: Lisa Clark, Deputy Clerk