UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROY A. MELANSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARY JOHNSON,<br><br>    Defendants. | Case No:  C 11-0446 SBA (pr)<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant.

IT IS SO ORDERED.

Dated: March 25, 2013

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROY A. MELANSON,

       Plaintiff,

 v.

MARY JOHNSON et al,

       Defendant.
                                   /

Case Number: CV11-00446 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roy A. Melanson 117654
Sterling Correcrtional Facility
Box 6000
Sterling, CO 80751

Dated: March 26, 2013

                                   Richard W. Wieking, Clerk
                                   By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.11\Melanson446.Judgment.docx  - 2 -